

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lavanders Marquis Muskin
a/k/a Lavenders Muskin
a/k/a Quez a/k/a Lavanders Muskin,

Vs. No. 11-19-00391-CR

The State of Texas,

\* From the 350th District Court
  of Taylor County,
  Trial Court No. 12384-D

\* December 16, 2021

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.